IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY CHAMBERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> WARDEN BROOKS L. BENTON, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 4:21-cv-2 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.  (Doc. 19.)   Plaintiff Roy Chambers, Jr. did not file Objections to the Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Chambers' claims against Deputy Warden C. Betterson, S.I.P. Coordinator K. Finch, Unit Manager R. Jackson, and Doctor Agyemang, (doc. 19, p. 3), and Chambers' ADA claim, (id., p. 6). Accordingly, Defendants Coastal State Prison and the Georgia Department of Corrections are also **DISMISSED**.  (Id., p. 9).

**SO ORDERED**, this 28th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA