IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY CHAMBERS, JR.,

    Plaintiff,

v.

WARDEN BROOKS L. BENTON, et al.,

    Defendants.

CIVIL ACTION NO.: 4:21-cv-2

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 12, 2024, Report and Recommendation, (doc. 59), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 59.)   Defendant Michael Mitchell's Motion to Amend his Answer is **DENIED**.   (Doc. 38.)

**SO ORDERED**, this 6th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA